```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 00685
   JOHN S HARRIS
   CARLISS S HARRIS                               CHAPTER 13

                                                  JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-5244      SSN XXX-XX-0947

-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/12/08 .

   2.  The case was dismissed without confirmation, 02/08/2008.

-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
PROPONENT FEDERAL CREDIT CURRENT MORTG         .00              .00             .00
PROPONENT FEDERAL CREDIT MORTGAGE ARRE   NOT FILED              .00             .00
AMERICAN EXPRESS         UNSECURED       NOT FILED              .00             .00
BANKFIRST                UNSECURED       NOT FILED              .00             .00
ECAST SETTLEMENT CORPORA UNSECURED       NOT FILED              .00             .00
ILLINOIS STUDENT ASSIST  UNSECURED       NOT FILED              .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED       NOT FILED              .00             .00
JEFFERSON CAPITAL SYSTEM UNSECURED       NOT FILED              .00             .00
LEWIS UNIVERSITY         UNSECURED       NOT FILED              .00             .00
LTD FINANCIAL            UNSECURED       NOT FILED              .00             .00
MBNA AMERICA             UNSECURED       NOT FILED              .00             .00
NEW HAMPSHIRE HEAF       UNSECURED       NOT FILED              .00             .00
PROPONENT FEDERAL CREDIT UNSECURED       NOT FILED              .00             .00
SALLIE MAE GUARANTEE SER UNSECURED       NOT FILED              .00             .00
SAMS CLUB                UNSECURED       NOT FILED              .00             .00
SUNRISE CREDIT SERVICES  UNSECURED       NOT FILED              .00             .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00            .00
PRINCIPAL PAID        .00          .00          .00          .00            .00
INTEREST PAID         .00          .00          .00          .00            .00
TOTAL PAID            .00          .00          .00          .00            .00
The Debtor's attorney, JEFF WHITEHEAD             , was allowed $           .00
and was paid $          .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 05/21/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
    CASE NO. 08 B 00685 JOHN S HARRIS & CARLISS S HARRIS
```